UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAINTIFF** | **Section:** |
| Reggie Gordon         : | |
| V.               : | |
| **DEFENDANT** | **Case Number:** |
| St. Charles Parish School Board, Dianne Powell, and Felicia Gomez | |

### PLAINTIFF'S ORIGINAL COMPLAINT

NOW INTO THIS COURT THROUGH UNDERSIGNED COUNSEL COMES plaintiff REGGIE GORDON, a resident of St. Charles Parish, State of Louisiana, who respectfully represents that the plaintiff desires to file her original complaint of violations of her Rights guaranteed by State and Federal Law, in the following respect:

1.

Plaintiff names defendants to include and name ST. CHARLES PARISH SCHOOL BOARD. Dianne Powell, a Louisiana Domiciliary and employee of St. Charles Parish School Board and superior of the plaintiff. Felicia Gomez, a Louisiana Domiciliary and employee of St. Charles Parish School Board and superior of the plaintiff.

2.

This action arises under the 1st and 14th Amendments to the Constitution of the United States, 18 USC Section 1513 as given effect through 18 USC Section 1962 and Title I of The American's with Disabilities Act of 1990, 42 U.S.C. SS 12111 et seq.  The jurisdiction of this Court is founded on 28 USC Section 1331.

3.

Plaintiff was employed by and working for the defendants at all times pertinent to the facts asserted herein.

4.

The named defendants of the original complaint are employees of superior rank to plaintiff of the St. Charles Parish School Board which said entity is an arm of the State of Louisiana receiving Federal Funds as well as State funds from Louisiana.  All defendants are being sued in their individual as well as official capacity.

5.

That defendants actions essentially deprived plaintiff of Rights guaranteed under the 1st and 14th Amendment of the Constitution of the United States of America and under Federal Law and Statutes, The American's with Disabilities Act of 1990, 42 U.S.C. SS 12111 et seq.

6.

The Plaintiff was employed by Defendant as a custodian.

7.

The record reveals that the Plaintiff has a record of the disabilities of chronic lateral epicondylitis and diabetes.

8.

Defendant terminated the Plaintiff employment for willful neglect of duty.

9.

The EEOC report and the evident shows that it is more likely than not that the Defendant knew of the Plaintiff's condition and her light duty restrictions.

10.

The evidence obtained by the EEOC office strongly suggests the Defendant became increasingly upset with plaintiffs light duty restrictions and sought permission to terminate the

Plaintiff one day after the Defendant said she failed to follow policy and procedures. .

11.

All elements of this claim have been investigated by the EEOC. The EEOC DETERMINATION declares that the record supports the Plaintiff's allegations that the Defendant discriminated against her by terminating her employment because of her disability as defined by the Americans with Disabilities Act.

12.

After declaring that discrimination has occurred, the EEOC recommended a conciliation plan that was rejected by the St. Charles Parish School Board.

WHEREFORE, plaintiff, REGGIE GORDON, submits her demand for judgment of her original petition as set forth at length herein and respectfully prays that this Honorable Court after due proceedings:

A. Award compensatory damages against the defendants, St. Charles Parish School Board, Dianne Powell and Felicia Gomez, jointly, severally and in solido in the amount of FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000.00), such damages along with legal interest thereon from judicial demand until paid.

B. Award of punitive damages against the listed defendants in the amount of FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000.00)

C. Award of cost of this action including reasonable attorney's fees to the plaintiff.

D. Award back pay in the amount of $80,000.00 and such other and further reliefs as this Honorable Court may deem appropriate including but not limited to equitable reliefs.

```
/s/ George M. Gates IV
```
**George M. Gates IV**
**Attorney for Plaintiff**
**Bar Roll Number 26295**
**1010 Common Suite 2560**
**New Orleans, Louisiana 70130**
**Phone: (504) 265-9909**
**Mobile: (202) 255.1645**
**Email:ggates@gateslawinc.com**

CERTIFICATE OF SERVICE

      I HERBY CERTIFY THAT a copy of the foregoing have this day been served on all opposing parties and all counsel of record in this proceeding by mailing same through United States Mail, First Class postage prepaid.

      New Orleans, Louisiana, this _____ day of _____, 2013.

      _____
      George M. Gates IV