MINUTE ENTRY
AFRICK, J.
JUNE 13, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were set on a Call Docket scheduled for June 13, 2013 to show cause why they should not be dismissed. Upon review of the record, the Court has ruled on the below cases as follows:

13-73    Giselle Harry v. Jefferson Parish Sheriff's Office, et al
         **SATISFIED**.  Defendant, Jefferson Parish Sheriff's Office, dismissed without prejudice on May 13, 2013.

13-114   Reggie Gordan v. St. Charles Parish Public School System, et al
         Counsel not present.  No service as to defendants, St. Charles Parish Public School System, Dianne Powell, and Felicia Gomez. Complaint filed January 22, 2013. Civil Action is **DISMISSED WITHOUT PREJUDICE.**

JS 00:02

13-245      Turn Services, LLC, et al v. Settoon Towing, LLC, et al
c/w 13-269  **SATISFIED.**  Defendant, Associated Marine Equipment LLC, dismissed without
**REF: 13-269**  prejudice on May 16, 2013.  Defendant, Turn Services, LLC, filed an answer on June 6, 2013.  A scheduling conference has been set for June 27, 2013.

New Orleans, Louisiana, June 13th, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE